UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 09-10315-FDS |
| ) | |
| (1) RANCIS OSIRIS SANTANA, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

**SAYLOR, D.J.**

WHEREAS, on October 21, 2009, a federal grand jury sitting in the District of Massachusetts returned a two-count Indictment charging defendant Rancis Osiris Santana (the "Defendant") and others with Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 846 (Count One), and Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a) and 2 (Count Two);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 21 U.S.C. § 853, which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of any offense alleged in Counts One and Two of the Indictment, jointly and severally, of (1) any and all property constituting or derived from any proceeds obtained directly and indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense;

WHEREAS, on February 19, 2010, the United States filed a Bill of Particulars for Forfeiture of Assets, and on April 1, 2010, the United States filed a Supplemental Bill of Particulars for Forfeiture of Assets, each providing notice of specific property that the government

intended to forfeit pursuant to 21 U.S.C. § 853 as a result of violations of 21 U.S.C. §§ 846 and 841(a);

WHEREAS, the Bills of Particulars identified: (1) any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including but not limited to the following:

   a. $19,050.00 in United States currency, seized at 36 Royal Crest Drive, Apt. #3, North Andover, MA on or about October 9, 2009; and

   b. $2,890.00 in United States currency, seized at 36 Royal Crest Drive, Apt. #3, North Andover, MA on or about October 9, 2009

(collectively, the "Currency");

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, on July 22, 2011, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One and Two of the Indictment;

WHEREAS, on September 14, 2011, this Court issued a Preliminary Order of Forfeiture against the Currency, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on September 19, 2011 and ending on October 18, 2011; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Currency are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Currency in accordance with applicable law.

_____
F. DENNIS SAYLOR, IV
United States District Judge

Dated: Dec. 10, 2012